FILED
CHARLOTTE, NC

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

APR 11 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

Thomasina Cofield Gean
also
Estate of Ms. Wilhelmenia Cofield
also
Eartha Cofield Cunningham

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Ocwen / Ocwen Loan Servicing
PHH mortgage
Federal Home loan bank of
Indianapolis

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:23-cv-205-FDW
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [X] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

I will provide you with the address of my sister Eartha Cofield Cunningham at a later time.

Name: Thomasenia Cofield Gean AKA Thomasina Cofield Gean
Street Address: 3816 Hillock ct
City and County: Charlotte   Mecklenburg
State and Zip Code: North Carolina 28215
Telephone Number: 704-777-8769
E-mail Address: 

Estate of Wilhelmenia Cofield 425 East 15th Street
Charlotte, N.C. 28206

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Signed: Thomasina Cofield Gean
April 18, 2023

Page 1 of 5

PHH Corporation

**Defendant No. 1**
- Name: PHH Mortgage Corporation ~~PHH Mortgag~~
- Job or Title (if known):
- Street Address: one Mortgage way ~~way~~
- City and County: mount Laurel
- State and Zip Code: N.J 08054
- Telephone Number: 866 946 0081
- E-mail Address (if known): www.phhmortgagessolutions.com

**Defendant No. 2**
- Name: Federal Home loan Bank of Indianapolis
- Job or Title (if known):
- Street Address: 8250 woodfield Crossing Blvd
- City and County: Indianapolis
- State and Zip Code: IN 46240
- Telephone Number: 317 465 0405
- E-mail Address (if known):

**Defendant No. 3**
- Name: Ocwen Loan Servcing LLC/Corporation
- Job or Title (if known): ~~166~~
- Street Address: 1661 Worthington Rd
- City and County: West Palm Beach,
- State and Zip Code: Florida, 33409
- Telephone Number: 800 746 2936
- E-mail Address (if known): www.ocwencustomers.com

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

There will be a charge filed against another company as well in this case. Please let me add them as well per Thomasina Cofield Bean

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*The amount is over 75,000.*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual *yes*
   The plaintiff, *(name)* Thomasina Cofield Gean, is a citizen of the State of *(name)* Charlotte N.C.

   b. If the plaintiff is a corporation *NO*
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual *NO*
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Federal Home loan Bank

b. If the defendant is a corporation

The defendant, (name) Ocwen PHH mortgage , is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

I am filing this out the best I can, I am filing Pro Se and I have a disability. Per Thomasina Cofield Bean AKA Thomesenia Cofield Bean

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Thomasina Cofield Bean is the neice and caretaker of the Ms. Wilhelmenia Cofield as well as Eartha Cofield Cunningham who is the neice of Ms. Wilhelmenia Cofield. The property on 425 East 15th Street was the house where Ms. Wilhelmenia Cofield lived as well as myself and Ms. Eartha Cunningham and other family members lived. Ocwen mortage company, and PHH mortgage wrongly charged my Aunt for a second mortgage. They also had not accurately did the bill statements had errors (which she did not owe, also Federal Home loan Bank of Indianapolis it/while they she was charged merged with PHH and bought out Ocwen and their loans. 425 East is the house for amounts my family grew up in, But My Aunt Wilhelmenia Cofield always lived there,

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The amount that the plantiffs and the estate of Ms Wilhelmenia Cofield is seeking is the amount of fifty million Dollars, and another 10 million Dollars for my Aunts pain and suffering. She died still making payments on a loan that was inaccurate, she paid this bill while living on a fixed income. Thinking that ___ the books. Also there ____ honor a lost in your court against another company representing PHH/Ocwen who is Harrising us for Payment.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 8, 2023

Signature of Plaintiff: *Thomasina Cofield Bean* - ProSe

Printed Name of Plaintiff: Thomasina Cofield Bean

### B. For Attorneys

Date of signing: _____

Signature of Attorney: NO Attorney

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____