# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Thomasina Cofield Gean, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00205-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| PHH Mortgage Corporation | ) | |
| Ocwen Loan Servicing LLC | | |
| Federal Home Loan Bank of Indianapolis, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 30, 2024 Order.

January 30, 2024

Katherine Hord Simon, Clerk
United States District Court